IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**LEO CALVIN FAIRLEY, JR.**                                 **PLAINTIFF**

v.                                         **CAUSE NO. 1:12CV143-LG-JMR**

**MICHAEL J. ASTRUE, COMMISSIONER
OF SOCIAL SECURITY**                                            **DEFENDANT**

## JUDGMENT

This matter is before the Court on submission of the Proposed Findings of Fact and Recommendation of United States Magistrate Judge John M. Roper [14] entered in this cause on July 16, 2013. The Court, having adopted said Findings of Fact and Recommendation as the findings of this Court by Order entered this date, finds that this matter should be dismissed. Accordingly,

**IT IS FURTHER ORDERED AND ADJUDGED** that the Commissioner's decision is hereby affirmed and that the above captioned cause should be, and is hereby, dismissed.

**SO ORDERED AND ADJUDGED** this the 5th day of August, 2013.

                                                    s/ *Louis Guirola, Jr.*
                                                    LOUIS GUIROLA, JR.
                                                    CHIEF U.S. DISTRICT JUDGE